**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| THE ATLANTIC MONTHLY GROUP LLC,<br><br>                              Plaintiffs,<br><br>     -against-<br><br>GOOGLE LLC and ALPHABET INC.,<br><br>                              Defendants. | Case No. 1:26-cv-00272<br><br>**RULE 7.1 CORPORATE**<br>**DISCLOSURE STATEMENT** |

     Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Plaintiff The Atlantic Monthly Group LLC ("The Atlantic") certifies the following:

     The Atlantic is a wholly owned subsidiary of Emerson Collective Investments, LLC. Emerson Collective Investments, LLC is not a subsidiary of any parent corporation and no publicly held corporation owns 10% or more of Emerson Collective Investments, LLC's stock.

Date: January 13, 2026                                    Respectfully submitted,

/s/ John Thorne
John Thorne
Daniel G. Bird
Bethan R. Jones
Christopher C. Goodnow
Daniel S. Severson
Mark P. Hirschboeck
Eliana Margo Pfeffer
Eric J. Maier
Sven E. Henningson
KELLOGG, HANSEN, TODD, FIGEL
  & FREDERICK, P.L.L.C.
1615 M Street NW
Suite 400
Washington, DC 20036
Tel.:  (202) 326-7900
Fax:  (202) 326-7999
Email:  jthorne@kellogghansen.com
            dbird@kellogghansen.com
            bjones@kellogghansen.com
            cgoodnow@kellogghansen.com
            dseverson@kellogghansen.com
            mhirschboeck@kellogghansen.com
            epfeffer@kellogghansen.com
            emaier@kellogghansen.com
            shenningson@kellogghansen.com

*Counsel for The Atlantic Monthly Group LLC*