IH-32 Rev: 2014-1

# United States District Court
для of the
## Southern District of New York
### Related Case Statement

---

Full Caption of Later Filed Case:

THE ATLANTIC MONTHLY GROUP LLC

**Plaintiff**

vs.

GOOGLE LLC and ALPHABET INC.

**Defendant**

**Case Number**

1:26-cv-00272

Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION

**Plaintiff**

vs.

**Defendant**

**Case Number**

1:21-md-03010 (PKC)

Status of Earlier Filed Case:

☐ Closed   (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision.  Also, state whether there is an appeal pending.)

✓ Open   (If so, set forth procedural status and summarize any court rulings.)

The Judicial Panel on Multidistrict Litigation transferred several actions "concern[ing] Google's alleged monopolization and suppression of competition in online display advertising" to Judge Castel for consolidated and coordinated pre-trial proceedings. See Transfer Order, In re Digital Advert. Antitrust Litig. (J.P.M.L. August 10, 2021), ECF No. 126. The parties are currently engaged in partial summary judgment briefing. On August 14, 2025, the Court invited plaintiffs to amend their complaints to conform with the market definition of an opinion issued in United States v. Google LLC, 778 F. Supp. 3d 797, No. 23-cv-00108, 2025 WL 1132012 (E.D. Va. Apr. 17, 2025) by August 28, 2025. See In re Google Digital Advertising Antitrust Litig., No. 1:21-md-03010 (PKC) (S.D.N.Y.), ECF No. 1106.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

Under Rule 13 of the Rules for the Division of Business Among District Judges, this action is related to the above-captioned MDL because the actions "concern the same or substantially similar parties, property, transactions, or events." Plaintiff The Atlantic Monthly Group LLC alleges that Defendants Google LLC and Alphabet Inc. have monopolized and suppressed competition in online display advertising markets, including the markets for publisher ad servers and ad exchanges. Plaintiffs in the above-captioned MDL plead similar markets and allege similar acts of monopolization.

Signature: /s/ John Thorne                          Date: 1/13/2026

Firm: Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.